UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN MALDONADO, )<br>    Plaintiff ) | CIVIL ACTION NO.<br>3:14-CV-01579-VAB |
| )<br>v. )<br>) | |
| LVNV FUNDING, LLC, EXPERIAN )<br>INFORMATION SOLUTIONS, INC., AND )<br>EQUIFAX INFORMATION SERVICES LLC )<br>    Defendants )<br>_____ ) | FEBRUARY 4, 2015 |

### NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that he has reached an agreement with the other parties to this action and will be filing a Notice of Dismissal with Prejudice once the parties' agreements have been reduced to writing.  Plaintiff seeks a period of 30-days in which to file the notice of dismissal.

        PLAINTIFF, JUAN MALDONADO

        By: /s/ *Daniel S. Blinn*
            Daniel S. Blinn (ct02188)
            Consumer Law Group, LLC
            35 Cold Spring Road, Suite 512
            Rocky Hill, Connecticut 06067
            Tel (860) 571-0408
            Fax (860) 571-7457
            dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of February, 2015, a copy of foregoing Notice of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ *Daniel S. Blinn*
                              Daniel S. Blinn