UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN MALDONADO,<br>    Plaintiff<br><br>v.<br><br>LVNV FUNDING, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC., AND<br>EQUIFAX INFORMATION SERVICES LLC<br>    Defendants | CIVIL ACTION NO.<br>3:14-CV-01579-VAB<br><br><br><br><br><br><br><br>MARCH 30, 2015 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Juan Maldonado, through his attorney, and the defendant, Equifax Information Services, LLC, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees as to Equifax Information Services LLC.

    PLAINTIFF, JUAN MALDONADO

    By: /s/ *Daniel S. Blinn*
        Daniel S. Blinn (ct02188)
        dblinn@consumerlawgroup.com
        Consumer Law Group, LLC
        35 Cold Spring Rd. Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408
        Fax (860) 571-7457

DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

By: /s/ *Eric D. Daniels*
    Eric D. Daniels (ct 01582)
    edaniels@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. (860) 275-8200
    Fax (860) 275-8299

## CERTIFICATION

    I hereby certify that on this 30th day of March, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn